SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>  vs.<br><br>JD Parkfair Gardens, LLC, et al<br><br>  Defendants | Case No. **2:10-cv-01773-GEB-KJN**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 22, 2010 FOR DEFENDANTS JD PARKFAIR GARDENS, LLC; CD PARKFAIR GARDENS, LLC; DT PARKFAIR GARDENS, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, JD Parkfair Gardens, LLC; CD Parkfair Gardens, LLC; DT Parkfair Gardens, LLC, by and through their respective attorneys of record, Scott N. Johnson; Daniel J. Foster, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants JD Parkfair Gardens, LLC; CD Parkfair Gardens, LLC; DT Parkfair Gardens, LLC until October 8, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendants JD Parkfair Gardens, LLC; CD Parkfair Gardens, LLC; DT Parkfair Gardens, LLC are granted an extension until October 22, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants JD Parkfair Gardens, LLC; CD Parkfair Gardens, LLC; DT Parkfair Gardens, LLC response will be due no later than October 22, 2010.

IT IS SO STIPULATED effective as of October 8, 2010

Dated: October __, 2010                    _____

Daniel J. Foster,
Attorney for Defendants
JD Parkfair Gardens,
LLC; CD Parkfair

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

```
                                    Gardens, LLC; DT
                                    Parkfair Gardens, LLC




Dated:  October 8, 20010            /s/Scott N. Johnson
                                    Scott N. Johnson,
                                    Attorney for Plaintiff
```

   **IT IS SO ORDERED:** that Defendants JD Parkfair Gardens, LLC; CD Parkfair Gardens, LLC; DT Parkfair Gardens, LLC shall have until October 22, 2010 to respond to complaint.

_____
GARLAND E. BURRELL, JR.
United States District Judge