IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                                       )   2:10-cv-01773-GEB-KJN
        Plaintiff,  )
                                       )
   v.  )   ORDER OF DISMISSAL
                                       )
JD Parkfair Gardens, LLC, a  )
California limited liability  )
company; CD Parkfair Gardens,  )
LLC, a California limited  )
liability company; DT Parkfair  )
Gardens, LLC, a California  )
limited liability company,  )
                                       )
       Defendants.  )
_____ )

        Plaintiff filed a Notice of Settlement on October 22, 2010, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 11.) Therefore, an "Order Re Settlement and Disposition" was filed on October 27, 2010, which directed the parties to file a dispositional document no later than November 22, 2010. (ECF No. 12.) The October 27, 2010 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

///
///
///

1

1  Since no dispositional document has been filed, and the
2 parties have not provided any reason for the continued pendency of this
3 action, this action is dismissed without prejudice.
4  IT IS SO ORDERED.
5 Dated: December 6, 2010

```
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```